UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STATE OF TEXAS, | ) |
| | ) |
| vs. | ) No. 3:21-CV-0097-B (BH) |
| | ) |
| JOSEPH DINGLER, | ) |
| Defendant. | ) |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, by separate judgment, this case will be **REMANDED** to the state court *sua sponte*.

SIGNED this 19th day of February, 2021.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE