UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STATE OF TEXAS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 3:21-CV-0097-B-BH |
| § | |
| JOSEPH DINGLER, § | |
| § | |
| Defendant. § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court are the Findings, Conclusions, and Recommendation of United States Magistrate Judge Irma Carillo Ramirez dated July 1, 2022 (Doc. 23). The Court has made a *de novo* review of those portions of Judge Ramirez's Findings, Conclusions, and Recommendation to which objections were made. *See* Doc. 24, Obj.; Doc. 25, Resp. & Obj. The objections are **OVERRULED**.

**IT IS THEREFORE ORDERED** that Defendant Joseph Dingler's Motion for Rule 60 Relief (Doc. 22) is **DENIED** for the reasons stated in Judge Ramirez's Findings, Conclusions, and Recommendation.

SO ORDERED.

SIGNED: August 11, 2022.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE